IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv-00207-WDM-KMT

TERRY L. OSBORNE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Utah corporation,

    Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge

"Plaintiff's Motion for Order to Attend Scheduling Conference by Telephone" (#4, filed February 5, 2009) is GRANTED, and Plaintiff's principal attorney, Frederic A. Bremseth, may appear by telephone at the Scheduling Conference on May 12, 2009 at 9:45 a.m.

Dated: February 9, 2009