IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00207-WDM-KMT

TERRY L. OSBORNE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER

    The following minute order is entered by Judge Walker D. Miller:

    The Motion for Partial Summary Judgment and Memorandum in Support (ECF Nos. 46 & 47) are stricken for failure to comply with D.C.Colo.LCivR 56.1A and my Pretrial and Trial Procedures.  Counsel are ordered to refile the motion within five days.

Dated:  October 1, 2010

                                          s/ Ginny Kramer - Deputy Clerk